1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

**FILED**

SEP -5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE              )   Case No.
APPLICATION FOR A SEARCH          )   2:06-SW-0233 GGH
WARRANT FOR THE PREMISES          )
LOCATED AT 1002 DUNBARTON         )   **SEALING ORDER**
CIRCLE, SACRAMENTO,               )
CALIFORNIA 95825                  )
                                  )   **SEALED**
                                  )

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

DATED: September 5, 2006

/s/ GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge