```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

**FILED** 

NOV 1 5 2007



# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1002 DUNBARTON CIRCLE, SACRAMENTO, CALIFORNIA 95825 | Case No. 2:06-SW-0233-GGH<br><br>[~~PROPOSED~~] ORDER FOR LIMITED UNSEALING OF APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT AND OTHER DOCUMENTS ASSOCIATED WITH THIS MATTER |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Heiko P. Coppola, and upon finding that limited disclosure of the Application, Affidavit for Search Warrant, Search Warrant and other documents filed under seal in this matter are necessary for defense counsel to properly evaluate the lawfulness of the search of defendant's residence, it is hereby

**ORDERED**

1. That the Application and Affidavit for Search Warrant, filed on September 5, 2006, the Search Warrant filed September 12, 2006, and all other documents filed under seal in this matter be unsealed for the limited purpose of allowing the government to

///

provide defense counsel for the defendant James E. Johnston, with said documents.

2. That Counsel for James E. Johnston may use said documents solely for the defense of James E. Johnston and may not disclose them to the public, except as required for the representation of the client.

3. That this Motion and Order be sealed until further order of this Court. A copy of this order may be disclosed to defense counsel.

Date: _November 15_, 2007

_Dale A. Drozd_
DALE A. DROZD
U.S. Magistrate Judge