1 | McGREGOR W. SCOTT
United States Attorney
2 | HEIKO COPPOLA
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2770





5

6 ## SEALED

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )     Case No. 2:06-SW-0233-GGH
                                  )
12 |                 Plaintiff,    )
                                  )
13 |        vs.                    )     **SEALING ORDER**
                                  )
14 | SEALED,                       )
                                  )
15 |                 Defendant.    )
                                  )
16 | _____ )

17

18                    **S E A L I N G   O R D E R**

19       Upon Application of the United States of America and good

20 cause having been shown, IT IS HEREBY ORDERED that the file in

21 the above-captioned matter be, and is hereby ordered, SEALED

22 until further order of this Court.

23

24

25 | DATED: _November 15____, 2007

26

27                                      _____
                                       DALE A. DROZD
28                                     U.S. Magistrate Judge

                              5