1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

FILED
JUN 0 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:06-SW-0233 GGH |
| 12             Plaintiff, | |
| 13       v. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| 14  1002 DUNBARTON CIRCLE SACRAMENTO, CA 95826 | |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 6-2-2014

_____
EDMUND F. BRENNAN
U.S. Magistrate Judge